## ELBERT WHITEHEAD v. STATE OF FLORIDA

6 So. (2nd) 821                                    Division A
March 13, 1942

Thos. D. Beasley, for appellant;

J. Tom Watson, Attorney General, Millard B. Conklin, Assistant Attorney General, and Woodrow M. Melvin, Special Assistant Attorney General, for appellee.

PER CURIAM:

The record and briefs in this case having been considered and we finding no reversible error made to appear, the judgment is affirmed.

So ordered.

BROWN, C. J., WHITFIELD, BUFORD, and ADAMS, JJ., concur.